Date: 08/31/10

## DIVIDENDS REMITTED TO THE COURT

Case Number 09-16151 - FOUNTAIN, MICHAEL W

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| The City of Oklahoma City<br>PO BOX 26570<br>Oklahoma City OK 73126 | 000005 | 53.01 | 4.08 |
| ---------- Remittance Total -------------- | | 53.01 | 4.08 |

*signature*

SUSAN MANCHESTER, Trustee